Patrick Flaherty
FLAHERTY GALLARDO LAWYERS
1026 1ST Ave. S.,
P.O. Box 1968
Great Falls, Montana 59403
Telephone: (406) 727-8494
Facsimile:  (406) 727-8537
pat@greatfallsfirm.com

    Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| CHRISTOPHER LEE KOHLMAN, <br><br>Plaintiff, <br><br>vs. <br><br>AUTOZONE AUTO PARTS GREAT FALLS #3770, D/B/A AUTOZONE AUTO PARTS <br><br>Defendant. | **Case No. CV-21-25-GF-BMM** <br><br><br>**STIPULATION FOR DISMISSAL** |
|---|---|

    IT IS HEREBY STIPULATED AND AGREED by and between the parties in the above-captioned case, acting by and through their respective counsel of record, that the claims of Plaintiff, Christopher Kohlman, against

Defendant Autozone Auto Parts, may be dismissed with prejudice as fully compromised and settled on the merits, each party to bear their own costs and expenses.

RESPECTFULLY SUBMITTED this 19th day of August, 2021.

/s/ Patrick Flaherty
Patrick Flaherty
Attorney for Plaintiff

/s/ Nathan A. Schacht
Nathan A. Schacht
Attorney for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on August 19, 2021, a copy of the foregoing document was served on the following persons by the following means:

<u>1, 2</u> CM-ECF
<u>    </u> Hand Delivery
<u>    </u> Mail
<u>    </u> Overnight Delivery Service
<u>    </u> Fax
<u>    </u> E-Mail

1. CLERK, UNITED STATES DISTRICT COURT

2. Nathan A. Schacht
   BAKER & HOSTETLER LLP
   1801 California St., Suite 4400
   Denver, CO 80202
       Counsel for Defendant Autozone

<u>/s/ Patrick Flaherty</u>
Attorney for Plaintiff