IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CHRISTOPHER LEE KOHLMAN,<br><br>Plaintiff,<br><br>vs.<br><br>AUTOZONE AUTO PARTS GREAT FALLS #3770, D/B/A AUTOZONE AUTO PARTS,<br><br>Defendant. | CV-21-25-GF-BMM<br><br>**ORDER** |

Upon consideration of the Stipulation for Dismissal entered into between the parties in the above-captioned case, it is hereby **ORDERED** that the claims of Plaintiff, Christopher Kohlman, against Defendant Autozone Auto Parts, are dismissed with prejudice as fully compromised and settled on the merits, each party to bear their own costs and expenses.

Dated the 7th day of September, 2021.

_____
Brian Morris, Chief District Judge
United States District Court